FILED 13 DEC '17 11:31 USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:17-CR-_00454-JO_ |
| v. | INDICTMENT |
| DANIEL EVERETT JOHNSON, | 18 U.S.C. § 751(a) |
| Defendant. | |

### THE GRAND JURY CHARGES:

#### COUNT 1
#### (Escape)
#### (18 U.S.C. § 751(a))

On or about November 5, 2017, in the District of Oregon, defendant **DANIEL EVERETT JOHNSON,** having been lawfully committed to the custody of the Attorney General of the United States by virtue of a judgment of the United States District Court for the District of Oregon in case number 3:15-CR-00032-SI, following his conviction for bank robbery, a felony, did knowingly escape from the Northwest Regional Re-Entry Center, an institution designated by the Attorney General.

In violation of Title 18, United States Code, Section 751(a).

Dated this _12th_ day of December 2017.

A TRUE BILL.

███████████████

OFFICIATING FOREPERSON

Presented by:
BILLY J. WILLIAMS
United States Attorney

HANNAH HORSLEY
Assistant United States Attorney

Revised 03/2017